DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:98-CR-00053(JKS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | PROPOSED WRIT OF EXECUTION ON |
| ) | PERMANENT FUND DIVIDEND |
| CAROLYN SMART, ) | |
| Defendant. ) | |
| ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On September 17, 1998, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against CAROLYN SMART as judgment debtor, for

    $12,283.00    restitution

    $50.00    special assessments, making a total amount of

    $12,333.00    JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$2,348.85   accrued interest, and

$262.00    accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$8,468.46 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$6,475.39 ACTUALLY DUE on June 9, 2006, of which $3,864.54 is due on the judgment as entered and bears interest at the rate of 4.73% per annum in the amount of:

$0.50     PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this _____ day of _____, 2006 at Anchorage, Alaska.

                                            IDA ROMACK
                                            Clerk of Court

By: _____
    Deputy Clerk